```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
              -against-                                      :       1:10-cr-00464-GHW
                                                             :
                                                             :
    SAIMIR KRASNIQI and BRUNO                                :       ORDER
    KRASNIQI,                                                :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2021

GREGORY H. WOODS, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 at Dkt. Nos. 539-540 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall serve a copy of the petition and this order on the Criminal Division of the U.S. Attorney's Office for the Southern District of New York.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Petitioners shall have thirty days from the date on which Petitioners are served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date. This briefing schedule replaces the prior schedule set by the Court at Dkt. No. 533.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated: February 24, 2021

_____
GREGORY H. WOODS
United States District Judge