UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

```
                                              :
    UNITED STATES OF AMERICA,                 :
                                              :
                                              :
                                              :
              -against-                       :
                                              :
                                              :
    SAIMIR KRASNIQI and BRUNO KRASNIQI,       :
                                              :
                        Defendants.  :
```
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2021

1:10-cr-00464-GHW

ORDER

The above entitled action is referred to a United States magistrate judge for the following purpose:

___ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

_X__ Habeas corpus

___ Social Security

___ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion:
_____
_____

All such motions: _____

SO ORDERED.

Date:   February 23, 2021

_____
GREGORY H. WOODS
United States District Judge