```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
: 1:10-cr-00464-GHW
: 1:21-cv-01753-GHW
-against- :
:
: AMENDED ORDER
: REFERRING CASE TO
SAIMIR KRASNIQI and BRUNO KRASNIQI, : MAGISTRATE JUDGE
:
Defendants. :
-------------------------------------------------------------X

The above entitled action is referred to a United States magistrate judge for the following purpose:

___ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

_X_ Habeas corpus

___ Social Security

___ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion:
_____
_____

All such motions: _____

SO ORDERED.

Date: December 13, 2021

_____
GREGORY H. WOODS
United States District Judge