```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                  -against-                                    :
                                                               :
                                                               :
    BRUNO KRASNIQI,                                            :
                                                               :
                                               Defendant.      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2022

1:10-cr-464-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On December 1, 2022, a letter by Mr. Krasniqi was docketed in this case. Dkt. No. 572. The letter is described as a "Notice of Appeal of Orders 566 and 571." On October 20, 2022, Mr. Krasniqi filed a previous notice of appeal of the Court's order at Dkt. No. 566. *See* Dkt. No. 568. The docket notes that the October notice of appeal was transmitted to the Court of Appeals. The Court observes, however, that there is no indication in the docket that Mr. Krasniqi's December 1, 2022 letter, which is labeled as a notice of appeal of a separate order by the Court, has been transmitted to the Court of Appeals. The Court is issuing this order to draw the attention of the Clerk of Court to Mr. Krasniqi's most recent filing.

Separately, Mr. Krasniqi correctly notes in his letter a typographical error in the Court's November 13, 2022 order. Dkt. No. 571. That order refers to Mr. Griffin, rather than Mr. Krasniqi, as it should have. For the sake of clarity, the Court concluded that Mr. Krasniqi had not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253 with respect to its November 13, 2022 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). Mr. Krasniqi has not made a substantial

showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253.

The Clerk of Court is directed to review the letter submitted by Mr. Krasniqi at Dkt. No. 572 and to transmit it, as well as any appropriate appeal record, to the Court of Appeals if the Clerk of Court determines that to be appropriate. The Clerk of Court is also directed to mail a copy of this order to Mr. Krasniqi.

SO ORDERED.

Dated: December 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge